UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARLOS ALBERTO HERNANDEZ
ESCALONA,

      Petitioner,

    v.                       Case No.:  2:26-cv-00769-SPC-NPM

MARKWAYNE MULLIN *et al.*,

      Respondents,

                                      /

## OPINION AND ORDER

Before the Court are Carlos Alberto Hernandez Escalona's Motion to Enforce (Doc. 10) and the government's response (Doc. 12).

Hernandez Escalona, a noncitizen in immigration detention, sought habeas relief from this Court. He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing. The Court agreed and ordered the respondents to either bring Hernandez Escalona before an immigration judge for a bond hearing or release Hernandez Escalona from custody.

A bond hearing was held on April 10, 2026. Although the immigration judge found he lacked the authority to consider release on bond based on the EOIR's interpretation of the Immigration and Nationality Act and its

implementing regulations, the judge also addressed the merits of Hernandez

Escalona's request for release on bond and found he is not a suitable bail risk.

Specifically, he found that:

> Respondent has not met his burden of establishing that he is not a risk of flight. The Respondent has minimal and distant family ties with legal status in the United States, has not demonstrated a stable fixed residence or employment, and has been in the United States for less than two years. The Court finds that Respondent has not met his burden in establishing he is a suitable bail risk.

Hernandez Escalona thus received the process the Court ordered.  The

proper way to challenge the result of the bond hearing is appeal to the Board

of Immigration Appeals.  Accordingly, Hernandez Escalona's post-judgment

motion (Doc. 10) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on April 16, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2